IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVIER VALENCIA,<br><br>          Plaintiff,<br><br>     v.<br><br>UNIVERSAL BUILDING SERVICES & SUPPLY CO., et al.,<br><br>          Defendants.<br>_____ / | No. C 06-05780 SI<br><br>**ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |

   Plaintiff filed this case in Alameda County Superior Court, alleging thirteen state law causes of action against defendants. Defendants removed the action to this Court, asserting that this Court has federal question jurisdiction over the case because "it arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq." Defs.' Notice of Removal (Docket No. 1) at 1:24-25. Defendants also filed a motion to dismiss and strike, which is currently scheduled for hearing on January 5, 2007.

   Despite defendants' asserted basis for removal, the sole reference to federal law in plaintiff's entire complaint is one sentence on the eighth page of the Complaint, alleging that defendants "knew or reasonably should have known that the conduct and omissions set forth above violated plaintiff's rights under federal and state law." Complaint ¶ 43. The Court questions whether this passing (and perhaps inadvertent) reference to federal law, in connection with a state law claim for negligent supervision, suffices to establish that plaintiff's claims "arise under" federal law for removal purposes. *See* 28 U.S.C. § 1441(b). The parties are therefore **ORDERED TO SHOW CAUSE, in writing filed on or before January 5, 2007, why the Court should not remand this case to state court for lack**

**of subject matter jurisdiction. This issue will be heard on January 12, 2007, at 9:00 a.m. Hearing on defendants' motion to dismiss, currently scheduled for January 5, 2007, is also hereby rescheduled for January 12, 2007 at 9:00 a.m.**

    **IT IS SO ORDERED.**

Dated: December  19, 2007

                                        SUSAN ILLSTON
                                        United States District Judge

**United States District Court**
For the Northern District of California